**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
        Plaintiff,

-VS-

SHERROD MILLER,
        Defendant

_____/

Court Number: 97-74840
Honorable: Patrick J. Duggan
Claim Number: 1999A13848

## ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal defendant upon receipt of this document.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: August 16, 2010August 16, 2010
I hereby certify that a copy of the foregoing document was served upon counsel of record on August 16, 2010August 16, 2010, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager